144 A.3d 889

IN THE MATTER OF CHRISTOPHER J. BUCKLEY, AN
ATTORNEY AT LAW(ATTORNEY NO. 000082010)

September 20, 2015

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-148, concluding that as a matter of final discipline pursuant to *Rule* 1:20-13(c), **CHRISTOPHER J. BUCKLEY** of **JERSEY CITY**, who was admitted to the bar of this State in 2010, should be censured based on respondent's guilty plea in the Superior Court of New Jersey, to simple assault, a disorderly persons offense, in violation of *N.J.S.A.* 2C:12–1(a), conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer);

And **CHRISTOPHER J. BUCKLEY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a three-month term of suspension from practice is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **CHRISTOPHER J. BUCKLEY** is suspended from the practice of law for a period of three months, effective October 21, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.